IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JOSEPH CHHIM, | § |
| Plaintiff, | § |
| v. | § CIVIL ACTION NO. H-13-2511 |
| SECRETARY OF HEALTH AND HUMAN SERVICES | § |
| Defendant. | § |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation dated May 2, 2014, and the objections filed thereto, the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 23rd day of May, 2014.

SIM LAKE
UNITED STATES DISTRICT JUDGE